1  Joshua W. Carden, SBN 021698
2  JOSHUA CARDEN LAW FIRM, P.C.
3  16427 North Scottsdale Road, Suite 410
   Scottsdale, AZ 85254
4  joshua@cardenlawfirm.com
   (480) 454-1100
5  (480) 454-1101 (Fax)
6  *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Joel Montoya, | No. 2:15-cv-01760-NVW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |
| The A Group, *et al.*, | |
| Defendants. | |

It is hereby stipulated by and between the parties through undersigned counsel that the above-captioned action be dismissed with prejudice as to Defendants, each party to bear their own costs and attorneys' fees.

Respectfully submitted on this 20th day of June, 2016,

JOSHUA CARDEN LAW FIRM, P.C.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*Joel Montoya*

BUCHALTERNEMER

By: s/Roger W. Hall (*with permission*)
Roger W. Hall
*Attorneys for Defendants*
*The A Group and Espiritu Community Development Corp.*

I certify the content of the foregoing document is acceptable to all persons required to sign and that authorization to electronically sign it has been obtained.

s/Joshua W. Carden



**CERTIFICATE OF SERVICE**

I certify that on the 20th day of June, 2016, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Roger W. Hall
BUCHALTERNEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
*Attorneys for Defendants*

/s/Joshua W. Carden

