IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Montoya,<br><br>                    Plaintiff,<br><br>v.<br><br>The A Group, an Arizona corporation and Espiritu Community Development Corporation, an Arizona Nonprofit Corporation,<br><br>                    Defendants. | No. CV-15-01760-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulated Request to Dismiss with Prejudice (Doc. 34).  Good cause appearing,

IT IS HEREBYORDERED granting the parties' Stipulation (Doc. 34).

IT IS FURTHER ORDERED vacating the Final Pretrial Conference set for July 20, 2016.

IT IS FURTHER ORDERED dismissing the above-captioned matter as to all Defendants, with prejudice, each side to bear their own costs and attorney's fees.  This is a final order and immediately appealable.

DATED this 21st day of June, 2016.

_____
Neil V. Wake
United States District Judge